# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:20−cr−00371
Honorable Steven C. Seeger

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 29, 2025:

MINUTE entry before the Honorable Steven C. Seeger as to Craig O'Neil: The Court issues this minute order to bring this docket up to date on the status of O'Neil's conviction and sentence. On August 22, 2025, Craig O'Neil opened a new civil action (25−cv−10065) by filing a petition for a writ of habeas corpus, seeking the vacatur of his conviction and sentence. O'Neil did so in light of the Seventh Circuit's decision in United States v. Sorensen, 134 F.4th 493 (7th Cir. 2025), which held that the conduct in question (i.e., participation in a putative conspiracy to violate the federal Anti−Kickback Statute) was lawful. In other words, O'Neil challenged his conviction and sentence on the basis of actual innocence. The government agreed. On September 18, 2025, this Court granted the petition to vacate his conviction and sentence. As stated in this Court's minute order on the civil docket, "Mr. O'Neil's conviction and sentence is hereby vacated. Effective immediately, the Court terminates Mr. O'Neil's term of supervised release." And now, the Court issues this order to bring the docket in the criminal case up to date, as contemplated by Local Rule 81.3. O#039;Neill's conviction and sentence were vacated by order of this Court in the civil action on August 18, 2025. The vacatur included the judgment and all of its obligations, including the term of supervised release and everything else related to sentencing. In a nutshell, the criminal judgment and the sentence are no more. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.